UNITED STATES EASTERN DISTRICT COURT

OF TEXAS, TYLER TEXAS DIVISION

AUTHOR J. MANNING JR.
  PLAINTIFF

Case N- 6:25-cv-00101-JDL

VS..

SONY, MICROSOFT, SEGA GENESIS
  DEFENDANT,

## AMEMDED FEDERAL PETITION

On this said day The Plaintiff, Author J Manning Jr Pro Se filed Petition and claims for Relief Vs The Defendants, Sony, Microsoft Inc. and Sega Genesis' business behavior. A Federal Petition is filed by for reason: the Plaintiff is the original maker, founder, and owner of the intellectual property valued titles, trade secrets, and items of the video game industry. The Plaintiff Author J Manning Jr is a owner group member of Manning & Manning who owns Multiple corporations that manufactures technology, Sony, Sony PlayStation, Microsoft's Xbox, Sega Genesis and other titles were originally made by the Plaintiff at his corporations in the 1980s, Nintendo was another. Proof of the Plaintiff's claims for relief are documented in a Order in Judgement rendered signed in 1985 granting the Plaintiff, Author J Manning Jr Ownership of the Nintendo Corporation. Nintendo Video Game Products were marketed years before the Defendants, Sony PlayStation, Microsoft's Xbox and Sega Genesis Products were marketed. The Plaintiff is responsible for the Defendants' success today marketing and selling the Plaintiff's new developments known today as Video Game Networks, Store, VRs, Retros, Minies, Gaming, in game purchases and others. The Defendants are affiliated. Fraud/Embezzlement:
If the employees illegally took control of the company through fraudulent means or by embezzling company assets, the boss could pursue legal action for fraud or embezzlement. 18 U.S.C. § 656, theft, embezzlement, or misapplication by bank officers or employees**.
Here's a more detailed breakdown:
18 U.S.C. § 641: This section makes it a federal crime to embezzle, steal, purloin, or knowingly convert to one's use.
Embezzlement under this section is the fraudulent appropriation of property by someone entrusted with it or into whose hands it has lawfully come.
The Department of Justice defines embezzlement as the fraudulent appropriation of property by a person to whom such property has been entrusted, or into whose hands it has lawfully come.
The Plaintiff trusted the defendant, and the defendant fraudulently converted or used that property for their own benefit.
18 U.S.C. § 656: This section addresses theft, embezzlement, or misapplication by bank officers or employees, making it a crime for such individuals to willfully misapply,

embezzle, or purloin (steal) any of the money, funds, or credits of the bank or institution they work for.

Penalties: Conviction for federal embezzlement can result in fines and imprisonment, with 18 U.S.C. § 641 carrying a potential penalty of up to 10 years imprisonment, or a fine equal to the amount of money embezzled or $500,000, or both.

18 U.S.C. Chapter 31: This chapter covers Embezzlement and Theft.

18 U.S.C. Chapter 47: This chapter covers Fraud and False Statements.

## ARGUMENT

The Plaintiff is the original maker and owner and founder of the Defendants' Corporations; Sony, Microsoft Inc. Sega Genesis and the box shaped device and controller designs of intellectual property of the case.

Nintendo and the Defendants market and sell the Plaintiff's trade secrets in this description for profit still today. The Defendants use the intellectual property of the Plaintiff's Nintendo Gameboy, a hand held video game device and the Plaintiff is the original maker of the PSP/PlayStation Portable, and Vita marketed by Sony. The Sega Game Gear is another handheld Video Game.

The Plaintiff is the original maker and owner of Micro-software-and-hardware Trade Secret Valued Properties and Micro-technology trade secrets used by Microsoft Inc. and others. The Defendants and others took the Plaintiff's businesses and business ideals and fraudulent registered the ownerships not of the Plaintiff's. The Defendants have taken large amounts of money over the years since the businesses started. The Defendants have embezzled money from the Plaintiff from the employee position and other reason the lawsuit was filed and claim made against the Defendant's for Relief.

## CLAIMS FOR RELIEF

The Defendants, Sony, Microsoft Inc. Sega Genesis filed fraudulent Copyrights and Intellectual Property Ownerships depriving the Plaintiff of his ownerships. The Ownerships of the Intellectual Property items of the case marketed by Microsoft Inc. Sony, and Sega are owned by the Plaintiff confirmed by a Order signed in (1985) Granting the Plaintiff ownership of the business Nintendo. The Plaintiff made the Video Game and Entertainment Production Titles, Trademarks, Logos; Sony, PlayStation in the (1980)s , Sega (1990) <u>Genesis and Nintendo in the (1980)s</u> PlayStation Portable, PlayStation 3, PlayStation Network, and Online Game Store (2006) The Plaintiff is the original Founder and Marketer of multiple Video Game and Video Game Device Companies before the 1980s. The Defendants market and sell intellectual property valued items marketed by the Plaintiff's business Nintendo. The Plaintiff is the Independent owner of the Defendants' Corporations and Midway Inc. Acclaim Inc. The Arcade and others. The Plaintiff owns Multiple business treasuries and development assets that are alleged utilized for the founding of the Defendant's corporations. The Plaintiff has not been paid, the items of the case were Espionage from the Plaintiff, the Defendants have fraudulent ownerships of the Plaintiff's business and has Embezzled large amounts of money from the Plaintiff. The Plaintiff is the Independent owner of the device and title; Android Phones and Devices, SmartPhones and Devices Apps and Apps stores, the Internet and Mobile Internet and Internet data devices.

## ALLEGATIONS AGAINST THE DEFENDANT SONY